UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ANTHONY CICALLA, JR., | No. 2:20-cv-1999 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| DONNA ROGERS and THE ESTATE OF LEON ROGERS, | |
| Defendants. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).

Following the issuance of Findings and Recommendations that recommended dismissal for failure to prosecute due to lack of service, plaintiff has requested an extension of time to serve the defendants. ECF No. 5. Plaintiff indicates that he is in the process of completing service on defendants, who are in Australia, and that there have been delays due to the difficulty of international service and COVID-19.

For good cause shown, IT IS HEREBY ORDERED that:

1. The findings and recommendations at ECF No. 6 are VACATED.
2. Plaintiff's motion (ECF No. 5) is GRANTED and plaintiff shall file proof of service within 90 days of the date of this order.

3. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: January 22, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE