UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ANTHONY CICALLA, JR., | No. 2:20-cv-01999 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| DONNA ROGERS, et al., | |
| Defendants. | |

On October 6, 2021, the undersigned granted plaintiff's motion for a six-month extension of time to complete service of process. ECF No. 24. The court notified plaintiff that failure to file proof of service within 180 days may result in a recommendation that this case be dismissed for failure to prosecute. Plaintiff has not filed proof of service and the deadline has passed.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why the failure to file proof of service on defendants should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an adequate proof of service shall serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: April 7, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE