UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ANTHONY CICALLA, JR., | No. 2:20-cv-1999 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| DONNA ROGERS and THE ESTATE OF LEON ROGERS, | |
| Defendants. | |

    Plaintiff is proceeding in this case in pro per.  The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).  On September 7, 2021, the undersigned ordered plaintiff to file an amended complaint.  ECF No. 21.  Plaintiff filed the amended complaint on September 30, 2021.  ECF No. 22.  The same day, plaintiff moved for a 180-day extension of time to serve process, which the court granted.  ECF Nos. 23, 24.

    Plaintiff did not complete service within the extended 180-day timeframe.  On April 7, 2022, the court issued an order to show cause within 14 days why this case should not be dismissed for failure to prosecute.  ECF No. 25.  Plaintiff now moves for another 180-day extension of time to complete service, citing difficulties with the international service of process.  ECF No. 27.

////

In light of the difficulties of completing international service, and related circumstances beyond plaintiff's control (see ECF No. 27), the court will grant plaintiff's second request for an additional 180 days to complete service. This second extension of time to serve will be the last, absent a showing of extraordinary circumstances.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 27) is GRANTED and plaintiff shall file proof of service within 180 days of the date of this order;
2. The order to show cause (ECF No. 25) is discharged; and
3. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: April 19, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE