UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ANTHONY CICALLA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DONNA ROGERS, et al.,<br><br>Defendants. | No.  2:20-cv-01999-DAD-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Doc. Nos. 40, 42) |

Plaintiff Martin Anthony Cicalla, Jr., proceeding *pro se*, initiated this civil action on October 21, 2022.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2022, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for default judgment be denied because plaintiff "provides no legal or factual argument" in support of his motion.  (Doc. No. 42 at 3.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days from the date of service.  (*Id.* at 4–5.)  To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly,

1. The findings and recommendations issued on December 9, 2022 (Doc. No. 42) are adopted in full; and

2. Plaintiff's motion for default judgment (Doc. No. 40) is denied.

IT IS SO ORDERED.

Dated: **February 12, 2023**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2