UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ANTHONY CICALLA, JR., | No. 2:20-cv-01999 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| DONNA ROGERS, et al., | |
| Defendants. | |

Plaintiff has filed a second set of objections to previously filed findings and recommendations, a set of exhibits, and a proposed subpoena. ECF No. 58, 59, 60. Plaintiff is proceeding in this matter pro se, and accordingly these filings were referred to the undersigned pursuant to Local Rule 302(c)(21). Plaintiff's case was closed on June 16, 2023. ECF No. 16. Plaintiff filed these documents after entry of judgment. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's filings at ECF No. 58, 59, and 60 will, accordingly, not be considered.

DATED: June 22, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE